UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30937
Summary Calendar
_____


Charles Carrigan,

Petitioner-Appellant,

versus

Edgar C. Day, Warden, Washington Correctional
Institution; Richard P. Ieyoub, Attorney
General, State of Louisiana,

Respondents-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. CA95-1213-E
_____
April 17, 1996


Before KING, SMITH, and BENAVIDES, Circuit Judges.

BENAVIDES, Circuit Judge:[*]

Charles Carrigan appeals from the district court's dismissal

without prejudice of his 28 U.S.C. § 2254 petition for a writ of

habeas corpus, for failure to exhaust state remedies.  A review of

the record supports the district court's finding that, as to most

of the claims Carrigan now raises, he has failed to seek relief

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

from the Louisiana Supreme Court.  See Carrigan v. Day, No. CA95-1213-E (E.D. La. Aug. 2, 1995).  Carrigan's assertion that exhaustion would be an "exercise in futility" is not supported by the record.  The district court correctly dismissed Carrigan's § 2254 action for failure to exhaust his state remedies.

AFFIRMED.